IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CINDY LOVELESS                                *
390 Terrace Drive                             *
Prince Frederick, MD 20678                    *
                                              *
And                                           *
                                              *
BRIAN LOVELESS                                *
390 Terrace Drive                             *
Prince Frederick, MD 20678                    *
                                              *
    Plaintiffs,                       *
                                              *
v.                                            *   Case No. _____
                                              *
GIRSBERGER INDUSTRIES, INC.,                  *
3940 U.S. Highway 70 Bus. West                *
Smithfield, ND 27577-1476                     *
                                              *
GIRSBERGER HOLDING AG                         *
Bernstrasse 78                                *
CH-4922 Buetzberg                             *
Switzerland                                   *
                                              *
GIRSBERGER AG                                 *
Bernstrasse 78                                *
CH-4922 Buetzberg                             *
Switzerland                                   *
                                              *
GIRSBERGER GMBH                               *
Ersteiner Strasse 2                           *
D-79346 Endingen                              *
Germany                                       *
                                              *
And                                           *
                                              *
TUNA-GIRSBERGER TIC AS                        *
Kinali Kavsagi                                *
Silivri                                       *
24947 Istanbul                                *
Turkey                                        *
                                              *
    Defendants.                       *
*       *       *       *       *       *       *       *

301898.1

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, GIRSBERGER INDUSTRIES, INC. PURSUANT TO LCVR 7.1

As counsel in the above-referenced action for Defendant Girsberger Industries, Inc., I hereby respectfully submit the following Disclosure of Corporate Affiliations and Financial Interests in accordance with the United States District Court for the District of Columbia Local Rule LCvR7.1 and certify as follows:

I, the undersigned, counsel of record for Girsberger Industries, Inc, certify that to the best of my knowledge and belief, Girsberger Industries, Inc. is a wholly owned subsidiary of Girsberger Holding, AG. I further certify that Girsberger Industries, Inc. does not have any outstanding securities in the hands of the public. Moreover, I certify that Girsberger Industries, Inc. does not have any parent company, subsidiary, or affiliate with any outstanding securities in the hands of the public.

I further certify that Girsberger Industries, Inc. is insured by HDI-Gerling Industrie Versicherung AG, successor to Gerling-Konzern Allgemeine Versicherungs-AG. HDI-Gerling Industrie Versicherung AG is a wholly-owned subsidiary of Talanx Group. HDI-Gerling has the potential obligation to indemnify Girsberger Industries, Inc. in relation to the above referenced matter.[1] Additionally, I certify to the best of my knowledge and belief that none of the companies disclosed in this paragraph have any outstanding securities in the hands of the public and trades on the New York Stock Exchange or any other exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Girsberger Industries, Inc.

---

[1] Pursuant to the Rules, this shall not be considered an admission by the insurance company that it does in fact have an obligation to defend the litigation or to indemnify a party or as a waiver of any rights that it might have in connection with the subject matter of the litigation.

301898.1

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Catherine A. Hanrahan, #441775
Camilla E. Shora, #481281
1341 G Street, NW, Suite 500
Washington, DC 20005-3300
Tel. (202) 626-7660
Fax (202) 628-3606
Catherine.Hanrahan@wilsonelser.com
Camille.Shora@wilsonelser.com
*Attorneys for Defendants*

301898.1

## CERTIFICATE OF SERVICE

      I HEREBY certify that a true copy of the foregoing Disclosure was sent by United States Mail, postage prepaid, this 3rd day of June 2008, to counsel of record:

Sidney Schupak
Ashcraft & Gerel, LLP
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
*Attorney for Plaintiff*

                                                Catherine A. Hanrahan

301898.1