IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

CINDY LOVELESS, et al.            :
                                  :
    Plaintiffs,                  :
                                  :
v.                                :    Civil Action No. 08-0950
                                  :    Judge Ricardo M. Urbina
GIRSBERGER INDUSTRIES, INC., et al.  :
                                  :
    Defendants.                  :

### NOTICE OF ENTRY OF APPEARANCE

WILL THE CLERK PLEASE enter the appearance of Sidney Schupak and the law offices of Ashcraft & Gerel, LLP as attorneys for plaintiffs in the above-referenced matter.

Respectfully Submitted,

**ASHCRAFT & GEREL, LLP**

By:  /s/ Sidney Schupak
Sidney Schupak Bar No. 436616
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-6400
(202) 416-6392 (F)
Sschupak@ashcraftlaw.com
**Attorneys for Plaintiffs**

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2008, a copy of the Notice of Entry of Appearance was electronically filed and electronically served upon:

Catherine A. Hanrahan, Esq.
Camilla E. Shora, Esq.
Wilson, Elser, Moskowitz, Edelman
  & Dicker, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005

                                                           /s/ Sidney Schupak
                                                           Sidney Schupak

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261